UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE PAXTON, BRANDON CONTRERAS,<br><br>        Plaintiffs,<br>vs.<br><br>CITY OF MONTEBELLO, A Public Entity,<br><br>        Defendant. | Case No. CV 09-3691-RC<br><br>JUDGMENT |

Pursuant to the Orders of March 18, 2010, and May 19, 2010,

IT IS HEREBY ADJUDGED that Judgment shall be entered in favor of plaintiffs Johnnie Paxton and Brandon Contreras.

IT IS FURTHER ADJUDGED that:

1. Plaintiffs Johnnie Paxton and Brandon Contreras are each awarded 193.83 in accrued annual leave, and defendant City shall place this accrued annual leave into plaintiffs' existing annual leave banks, or, in the event placement of the accrued annual leave into the existing annual leave bank

of either plaintiff would result in a plaintiff's annual leave bank containing hours exceeding the number permitted by the City, the City must create a separate annual leave bank for that plaintiff to contain the annual leave accrued under USERRA.

2. The plaintiffs are awarded $40,000.00 in reasonable attorney's fees and $1,297.50 in costs.

3. Plaintiff Johnnie Paxton is awarded $11,212.00 in back pay and plaintiff Brandon Contreras is awarded $12,461.00 in back pay, and, retroactive to February 25, 2010, plaintiffs shall be placed in Step Five.

4. Plaintiff Johnnie Paxton is awarded $1,034.58 in overtime pay and plaintiff Brandon Contreras is awarded $1,151.07 in overtime pay.

5. Plaintiff Johnnie Paxton is awarded $229.18 in prejudgment interest and plaintiff Brandon Contreras is awarded $254.76 in prejudgment interest.

DATE:  May 19, 2010             /S/ ROSALYN M. CHAPMAN
                                    ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE

R&Rs\09-3691.jud
5/19/10

2